**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UPSTACK HOLDCO Inc.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Type2Telecom, LLC,<br><br>　　　　Defendant. | CASE NO. _____<br><br>**UPSTACK HOLDCO Inc.'s Complaint<br>for Breach of Contract** |

**UPSTACK HOLDCO INC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff UPSTACK HOLDCO, Inc ("UPSTACK") hereby files its corporate disclosure statement. UPSTACK is wholly owned by UPSTACK, Inc. No publicly held corporation owns 10% more or UPSTACK HOLDCO, Inc.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　Attorneys for Defendant Upstack Ventures, LLC

　　　　　　　　　　　　　　　　　By: s/ *Kevin P. Polansky*_____
　　　　　　　　　　　　　　　　　　　Kevin P. Polansky (Juris No. 434359)
　　　　　　　　　　　　　　　　　　　Fed. Bar No. 28806
　　　　　　　　　　　　　　　　　　　kevin.polansky@nelsomullins.com
　　　　　　　　　　　　　　　　　　　Nelson Mullins Riley & Scarborough
　　　　　　　　　　　　　　　　　　　One Financial Center, Suite 3500
　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02111
Dated: March 4, 2025　　　　　　　　　Tel: (617) 217-4700